SELMER WALVIK, Respondent, *v.* ARUNDEL CORPORATION OF BALTIMORE, Appellant.

(Argued March 7, 1934; decided March 23, 1934.)

*William L. O'Brion, E. C. Sherwood* and *H. H. Brown* for appellant.

*James I. Cuff, James A. Hughes* and *James I. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.